IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AGUSTIN LUX MUS, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:23-cv-139-Z-BR |
| SWIFT BEEF COMPANY, | § § § | |
| Defendant. | § | |

### ORDER TO FILE JOINT STIPULATION OF DISMISSAL

On November 14, 2024, the parties to this case jointly filed a Notice of Settlement advising the Court that they have reached a settlement agreement. (ECF 93). The Court construes the Notice of Settlement as a motion to vacate any further deadlines and proceedings, and finds such motion should be GRANTED. All future deadlines and proceedings in this matter are hereby VACATED.

Further, the Court notes the pending Motion for Summary Judgment filed by Defendant on October 28, 2024. (ECF 87). In addition to the pending briefing deadlines related to that Motion, the Motion itself is hereby TERMINATED. The Court notes that this is not a decision on the merits of the Motion, and if for any reason this case is not voluntarily dismissed by the deadline established herein, Defendant may re-urge the Motion as necessary.

It is hereby ORDERED that the parties shall file a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure on or before **Friday, January 3, 2025**.

IT IS SO ORDERED.

ENTERED November 15, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE