IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AGUSTIN LUX MUS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-CV-00139-Z |
| | § | |
| SWIFT BEEF COMPANY | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed between the above-captioned Plaintiff Agustin Lux Mus and Defendant Swift Beef Company that all of Plaintiff's claims in the above-referenced cause of action are HEREBY DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This Joint Stipulation of Dismissal shall be effective upon filing of same with the clerk of the Court in the above-styled and numbered proceeding.

Respectfully submitted,

| */s/Blake A. Scott (w.permission)* | */s/Edward A. Davis* |
|---|---|
| **Dean Boyd** | **Edward A. Davis** |
| State Bar No. 02766300 | State Bar No. 24007086 |
| dean@deanboyd.com | Edward.Davis@lewisbrisbois.com |
| **Blake A. Scott** | **Nicole Zerunyan** |
| State Bar No. 24108307 | State Bar No. 24127180 |
| blake@deanboyd.com | Nicole.Zerunyan@lewisbrisbois.com |
| **DEAN BOYD, PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 4423 Southwest 45th Avenue | 2100 Ross Avenue, Suite 2000 |
| Amarillo, Texas 79109 | Dallas, Texas 75201 |
| Telephone (806) 242-3333 | Telephone (214) 722-7100 |
| Facsimile (806) 322-3167 | Facsimile (214) 722-7111 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

150692500.1

## **CERTIFICATE OF SERVICE**

      In accordance with the Federal Rules of Civil Procedure, I certify that I served the foregoing document on January 17, 2025, on the following parties *via CM/ECF*:

**Dean Boyd**
State Bar No. 02766300
dean@deanboyd.com
**Blake A. Scott**
State Bar No. 24108307
blake@deanboyd.com
**DEAN BOYD, PLLC**
4423 Southwest 45th Avenue
Amarillo, Texas 79109
Telephone (806) 242-3333
Facsimile (806) 322-3167

                                                      */s/Edward A. Davis*
                                                      Edward A. Davis