IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AGUSTIN LUX MUS,<br><br>    Plaintiff,<br><br>v.<br><br>SWIFT BEEF COMPANY,<br><br>    Defendant. | 2:23-CV-139-Z-BR |

**NOTICE**

Before the Court is the parties' Stipulation of Dismissal with Prejudice ("Stipulation") (ECF No. 96), filed January 17, 2025. The Stipulation is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction."). Therefore, the Court **DIRECTS** the Clerk of the Court to close the case. Plaintiff is barred from refiling any claims or causes of action against Defendant at a later date arising from the facts of this suit.

The Court issues notice accordingly.

January 21, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE